UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60161 Smith/Hunt

18 U.S.C. § 1425(a)
18 U.S.C. § 1423
18 U.S.C. § 982(a)(6)

FILED BY _R.P.B._ D.C.

JUN 26 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA

v.

RENZO WILLIAM ALEGRE,
(aka RENZO WILLIAM ALEGRE CASILLAS),

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Procurement of Citizenship or Naturalization Unlawfully**
**(18 U.S.C. § 1425(a))**

Beginning on or about March 16, 2019, and continuing through on or about October 31, 2019, in Broward County, in the Southern District of Florida, the defendant,

**RENZO WILLIAM ALEGRE,**
**(aka RENZO WILLIAM ALEGRE CASILLAS),**

did knowingly procure and attempt to procure, contrary to law, naturalization as a United States citizen for himself, in that the defendant obtained and attempted to obtain naturalization by falsely swearing to a statement in his written Form N-400 (Application for Naturalization) and his written Form N-445 (Notice of Naturalization Oath Ceremony), that he had not knowingly committed any crime or offense, for which he had not been arrested, when in truth and fact, as the defendant then and there well knew, he had committed the offense of Possession of Child

Pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B), all in violation of Title 18, United States Code, Section 1425(a).

## COUNT 2
### Misuse of Evidence of Citizenship or Naturalization
### (18 U.S.C. § 1423)

On or about November 9, 2019, in Broward County, in the Southern District of Florida, the defendant,

**RENZO WILLIAM ALEGRE,**
**(aka RENZO WILLIAM ALEGRE CASILLAS),**

did knowingly use for any purpose any certificate, certificate of naturalization, and certificate of citizenship, unlawfully issued or made, and copies or duplicates thereof, showing any person to be naturalized and admitted to be a citizen, in that the defendant submitted as proof of his United States citizenship an unlawfully issued certificate of naturalization, in violation of Title 18, United States Code, Section 1423.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RENZO WILLIAM ALEGRE (aka RENZO WILLIAM ALEGRE CASILLAS)**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1425, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

a.      any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

2

b.      any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

c.      any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

BRUCE O. BROWN

FOR HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

LATOYA C. BROWN
ASSISTANT U.S. ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

CASE NO.: 25-CR-60161 Smith/Hunt

v.

RENZO WILLIAM ALEGRE (aka RENZO
WILLIAM ALEGRE CASILLAS),
_____ /
                    Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [ ] Miami
- [ ] Key West
- [ ] FTP
- [✓] FTL
- [ ] WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No
    List language and/or dialect:_____

4.  This case will take __3__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)
    - I [✓] 0 to 5 days
    - II [ ] 6 to 10 days
    - III [ ] 11 to 20 days
    - IV [ ] 21 to 60 days
    - V [ ] 61 days and over

    (Check only one)
    - [ ] Petty
    - [ ] Minor
    - [ ] Misdemeanor
    - [✓] Felony

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge_____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) No
    If yes, Judge _____ Magistrate Case No._____

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
    If yes, Judge Roy K. Altman       Case No. 21-cr-60041

9.  Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Latoya C. Brown
Assistant United States Attorney
FL Bar No.         105768

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant:   RENZO WILLIAM ALEGRE (aka RENZO WILLIAM ALEGRE CASILLAS)**

Case No: _____

Count #: 1
Procurement of Citizenship or Naturalization Unlawfully

Title 18, United States Code, Section 1425(a)
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**

Count #: 2
Misuse of Evidence of Citizenship or Naturalization

Title 18, United States Code, Section 1423
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**