UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60161-SMITH

UNITED STATES OF AMERICA,

v.

RENZO WILLIAM ALEGRE,
    a/k/a "Renzo William Alegre Casillas,"

        Defendant.

_____/

## ORDER REVOKING NATURALIZATION
## AND CANCELING CERTIFICATE OF NATURALIZATION

This matter comes before the Court following Defendant's conviction for violating 18 U.S.C. § 1425(a), and pursuant to 8 U.S.C. § 1451(e), which mandates that in the event of such a conviction the Court "shall thereupon revoke, set aside, and declare void the final order admitting [the defendant] to citizenship and shall declare the certificate of naturalization of such person to be canceled." Accordingly, it is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1.      The order admitting Defendant to United States citizenship is **REVOKED, SET ASIDE**, and **DECLARED VOID.**

2.      Certificate of Naturalization No. 41527602 is **CANCELED**, effective as of the original date of the certificate, October 31, 2019.

3.      Defendant is forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his October 31, 2019, naturalization.

4.      Defendant **SHALL**, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all United States passports and passport cards, and any other

indicia of United States citizenship (including, but not limited to: voter registration cards and other relevant documents, whether current or expired), as well as any copies thereof in his possession or control—and to make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others—to counsel for the United States, United States Attorney for the Southern District of Florida, or his designee.

5.    It is further **ORDERED** and **ADJUDGED** that pursuant to 8 U.S.C. § 1451(f), the Clerk of Court **SHALL TRANSMIT** certified copies of this Order to the Attorney General of the United States and the Secretary of the Department of Homeland Security, in care of the assigned Assistant United States Attorney, who is hereby directed to deliver those documents to the Attorney General of the United States and the Secretary of the Department of Homeland Security.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on January 6, 2026.

RODNEY SMITH
United States District Judge

2